LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

April 9, 2018

**VIA ECF**
The Honorable Joseph F. Bianco
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: **Casella v. Nelnet, Inc. and Trans Union LLC, No. 18-cv-00311 (JFB) (AYS)**
          *Plaintiff's Letter Request for Adjournment of Pre-motion Conference*

Dear Judge Bianco:

      Pursuant to Part I.D of Your Honor's Individual Practices, Plaintiff respectfully requests an adjournment ("Adjournment") of a telephonic pre-motion conference ("Conference") in the above-referenced action, currently scheduled for 1:00 p.m. on Wednesday April 18, 2018.

      Plaintiff previously requested an Adjournment of the Conference, which was originally scheduled for April 6, 2018. The Court granted Plaintiff's request and rescheduled the Conference for April 11, 2018. Due to a conflict in Your Honor's calendar, however, the Court has rescheduled the Conference for April 18, 2018. Plaintiff respectfully makes this second Adjournment request due to a previously scheduled in-person status conference for another action in the Eastern District of New York on April 18.

      Counsel for Defendant Nelnet, Inc., Barbara L. Seniawski, consents to Plaintiff's Adjournment request. Ms. Seniawski asks Plaintiff to inform the Court that she is unavailable for a rescheduled Conference on the following dates: April 12, 17, 18, and 25-26; May 1-4, 11, 17, 20, and 29. Similarly, Plaintiff has conflicts, and is therefore unavailable, on May 4 and 11.

**ROCKLAND**
75 MONTEBELLO ROAD
SUFFERN, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601

I thank the Court for its consideration.

                                                        Respectfully submitted,

                                                        Adam G. Singer