# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)

| | |
|---|---|
| JAMES CASELLA,<br>      Plaintiff, | CASE NO. 2:18-cv-00311-SJF-AYS<br>  ECF Case |
| vs. | |
| NELNET, INC. and TRANS UNION, LLC,<br>      Defendants. | **JOINT NOTICE OF SETTLEMENT** |

Plaintiff, James Casella, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby informs this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action. Accordingly, Trans Union will not attend the Initial Conference, currently scheduled for May 30, 2018 at 11:15 AM, unless otherwise directed by the Court. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated. This Notice of Settlement has no effect on any other Defendant in this action.

                                                    Respectfully submitted,

Date: May 25, 2018                 *s/Adam Singer (w/ consent)*
                                                Adam G. Singer, Esq.
                                                Brett D. Sherman, Esq.
                                                Law Office of Adam G. Singer, PLLC
                                                60 E. 42nd Street, Suite 4600
                                                New York, NY 10165
                                                Telephone: (212) 842-2428
                                                E-Mail: asinger@adamsingerlaw.com
                                                                brett.sherman@adamsingerlaw.com

                                                *Counsel for Plaintiff James Casella*

Date:   May 29, 2018	Respectfully submitted,


*/s/Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of May, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Adam G. Singer, Esq.<br>asinger@adamsingerlaw.com | Brett D. Sherman, Esq.<br>brett.sherman@adamsingerlaw.com |
|---|---|
| Barbara L. Seniawski, Esq.<br>barbara@seniawskilaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of May, 2018**, properly addressed as follows:

| None | |
|---|---|

*/s/Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*